IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARALYSE REBECCA LYONS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-4810 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |

## ORDER

**AND NOW,** 9th day of September, 2013, upon consideration of Plaintiff's Brief and Statement of Issues in Support of her Request for Review (Document No. 9), the defendant's response (Document No. 12), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 21, 2013, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Henry S. Perkin.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.